UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCELLINO JIMENEZ and FIDEL GUZMAN<br><br>Plaintiffs,<br><br>-against-<br><br>SQUARE FOOD & CAFE INC. d/b/a SQUARE FOOD MARKET, et al.,<br><br>Defendants. | 24-CV-3361 (RA) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiffs Marcellino Jimenez and Fidel Guzman filed this action against Defendants Square Food & Café Inc. and Ismael Doe on May 2, 2024. (*See* ECF 1.) On the same day, Plaintiffs filed an amended complaint. (*See* ECF 4, Amended Complaint.) Plaintiffs timely served each Defendant with the summons and Amended Complaint on May 16, 2024. (*See* ECF 8 and ECF 9.) Each Defendant was therefore required to respond to the Amended Complaint by June 6, 2024. To date, neither Defendant has appeared in this action or responded to the Complaint.

I am sua sponte extending the deadline for Defendants to respond to the Amended Complaint nunc pro tunc until **June 21, 2024**. Plaintiffs are directed to mail by **June 11, 2024** a copy of this Order to Defendant Square Food & Café Inc. at its principal place of business, identified in the Amended Complaint as 253 E 149th Street, Bronx, NY, 10451, and to mail another copy of the same to Defendant Ismael Doe at the same address, identified in ECF 8 as the address where service of the summons and Amended Complaint was made on him. Plaintiffs are directed to file confirmation of such mailings on the docket by **June 11, 2024**.

Failure by either Defendant to meet the new deadline for responding to the Amended Complaint may result in an order requiring Plaintiffs to begin default judgment proceedings.

DATED:	June 10, 2024
	New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge