UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCELLINO JIMENEZ and FIDEL GUZMAN

            Plaintiffs,

  -against-

SQUARE FOOD & CAFÉ INC. d/b/a SQUARE
FOOD MARKET, et al.,

            Defendants.

24-CV-3361 (RA) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

My Order of June 10, 2024 (ECF 10) extended until June 21, 2024 the time that Defendant Square Food & Café Inc. and Defendant Ismael Doe (collectively, "Defendants") would have to respond to the Amended Complaint (ECF 4). On June 26, 2024, Counsel for Defendants filed a notice of appearance in this action. To date, however, Defendants have not responded to the Amended Complaint. I am sua sponte extending the deadline for Defendants to respond to the Amended Complaint nunc pro tunc until **July 12, 2024**. Failure by Defendants to meet the new deadline for responding to the Amended Complaint may result in an order directing Plaintiffs to begin default judgment proceedings.

DATED:     July 3, 2024
           New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge