UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCELLINO JIMENEZ and FIDEL GUZMAN<br><br>Plaintiffs,<br><br>-against-<br><br>SQUARE FOOD & CAFE INC. d/b/a SQUARE FOOD MARKET, et al.,<br><br>Defendants. | 24-CV-3361 (RA) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As per my Order dated September 24, 2024 (ECF 24), the parties were directed to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan, available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky, and to file it on the docket by October 23, 2024. The parties have not complied.

I am sua spone extending the deadline nunc pro tunc until **Tuesday, October 29, 2024, at 5:00 PM**.

DATED:   October 28, 2024
         New York, NY

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge