UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCELLINO JIMENEZ and FIDEL GUZMAN<br><br>                          Plaintiffs,<br><br>  -against-<br><br>SQUARE FOOD & CAFE INC. d/b/a SQUARE FOOD MARKET, et al.,<br><br>                         Defendants. | 24-CV-3361 (RA) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The case management plan (ECF 28) requires the parties to make monthly joint updates on the status of discovery. The parties have not filed the update that was due on November 21, 2024. I am sua sponte extending the deadline for the update nunc pro tunc until **November 27, 2024, at 5:00 PM**.

DATED:     November 25, 2024
                New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge