|  |  |
|---|---|
| MARCELLINO JIMENEZ and FIDEL GUZMAN<br><br>Plaintiffs,<br><br>-against-<br><br>SQUARE FOOD & CAFÉ INC. d/b/a SQUARE FOOD MARKET, et al.,<br><br>Defendants. | 24-CV-3361 (RA) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On December 28, 2024, Lina Stillman filed a third motion to withdraw Stillman Legal P.C. ("Stillman Legal," or, the "Firm") as counsel of record for Plaintiff Marcellino Jimenez. I will hold a conference **at 12:30 PM on Monday, January 6, 2025**, at which time I expect to address Stillman Legal's application to withdraw. Counsel for the parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 677 279 703 #.**

Stillman Legal shall provide a copy of this Order to Plaintiff Marcellino Jimenez by email, and file on the docket proof of the same, by January 3, 2025. Additionally, the Firm is directed to email TarnofskyNYSDChambers@nysd.uscourts.gov with the address, phone number, and email address for Plaintiff Marcellino Jiminez, by January 3, 2025.

DATED:  January 2, 2025
           New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge