UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARCELINO JIMENEZ and FIDEL GUZMAN,

                Plaintiffs,

                v.

SQUARE FOOD & CAFE INC. d/b/a Square Food Market and ISMAEL DOE,

                Defendants.

24-CV-3361 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On December 6, 2024, the parties notified the Court that they had reached a settlement in principle and requested one month to file a *Cheeks* motion. Dkt. 34. The Court ordered the parties to do so no later than January 9, 2025. Dkt. 37. To date, no letter has been filed.

In the interim, counsel for both Plaintiffs moved to withdraw as counsel for Marcelino Jimenez. Magistrate Judge Tarnofsky granted that request on January 8, 2025. Dkt. 42. That withdrawal, however, did not impact counsel's representation of the other plaintiff, Fidel Guzman, including the settlement in principle that was reached on his claim.

Accordingly, counsel shall submit the overdue *Cheeks* motion for Guzman no later than January 24, 2025.

SO ORDERED.

Dated:      January 17, 2025
              New York, New York

                                                  _____
                                                  Ronnie Abrams
                                                  United States District Judge