UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCELLINO JIMENEZ and FIDEL GUZMAN<br><br>Plaintiffs,<br><br>-against-<br><br>SQUARE FOOD & CAFÉ INC. d/b/a SQUARE FOOD MARKET, et al.,<br><br>Defendants. | 24-CV-3361 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On February 24, 2025, Plaintiff Jimenez was ordered to show cause by March 21, 2025 why this case should not be dismissed for failure to prosecute. (ECF 48). The order stated that he could satisfy the order to show cause by either 1) retaining new counsel to file a notice of appearance on his behalf or 2) sending a letter informing the Court that he wishes to proceed with this case without a lawyer. He did neither. His time to satisfy the order to show cause is extended retroactively until **April 30, 2025**. He is admonished that failure to respond to this order may lead to dismissal of this case.

DATED:   March 27, 2025
         New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge