UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MARCELINO JIMENEZ and FIDEL GUZMAN,<br><br>                Plaintiffs,<br><br>          v.<br><br>SQUARE FOOD & CAFE INC. d/b/a SQUARE FOOD MARKET and ISMAEL DOE,<br><br>                Defendants. | No. 24-CV-3361 (RA)<br><br>ORDER ADOPTING<br>REPORT AND<br>RECOMMENDATION |

RONNIE ABRAMS, United States District Judge:

Plaintiffs Marcelino Jimenez and Fidel Guzman filed this action under the Fair Labor Standards Act and the New York Labor Law.  *See* First Amended Complaint, Dkt. No. 4.  The matter is referred to Magistrate Judge Robyn F. Tarnofsky for general pre-trial purposes.

On February 10, 2025, the Court approved Plaintiff Guzman and Defendants' consent to the jurisdiction of Judge Tarnofsky pursuant to 28 U.S.C. § 636(c).  Dkt. No. 46.  On February 11, 2025, Judge Tarnofsky approved Guzman and Defendants' settlement and dismissed Guzman's claims with prejudice.  Dkt. No. 47.  Therefore, Plaintiff Jimenez's claims are the only claims left in this case.

On January 8, 2025, Judge Tarnofsky granted Jimenez's counsel's motion to withdraw from representing Jimenez based on Jimenez's persistent failure to respond to communications from counsel.  Dkt. No. 42.  In the same order, Judge Tarnofsky gave Jimenez until February 10, 2025 to either retain a new counsel or inform the Court that he would proceed *pro se*.  *Id.*  Jimenez failed to comply with the order.  On February 24, 2025, Judge Tarnofsky ordered Jimenez to show cause by March 21, 2025 why the case should not be dismissed for failure to prosecute.  Dkt. No.

48. Jimenez, again, failed to respond to the order.  On March 27, 2025, Judge Tarnofsky issued another order directing Jimenez to show cause why the case should not be dismissed for failure to prosecute, extending his time to respond to April 30, 2025.  Dkt. No. 49.  For the third time, Jimenez failed to respond to the order.

On May 6, 2025, Judge Tarnofsky scheduled a telephonic conference for May 22, 2025 to confirm whether Jimenez intended to continue with litigating the case.  Dkt. No. 50.  Jimenez did not appear at the conference, nor did he otherwise contact the Court.  On June 10, 2025, Judge Tarnofsky issued a final order extending Jimenez's time to respond to the order to show cause to July 7, 2025.  Dkt No. 51.  The order also warned Jimenez that failure to comply with the order without requesting an extension might result in a report and recommendation to this Court recommending the dismissal of his claims for failure to prosecute under Fed. R. Civ. P. 41(b).  *Id.* Jimenez once again failed to comply with the order.

On August 5, 2025, Judge Tarnofsky issued a Report and Recommendation (the "Report"), Dkt. No. 52, recommending that the Court dismiss this action without prejudice for failure to prosecute.  No objections to the Report were filed.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1).  "Within fourteen days after being served with a copy [of a report], any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court."  *Id.*; *see also* Fed. R. Civ. P. 72(b).  Where no timely objection has been made to a magistrate judge's report and recommendation, "a district court need only satisfy itself that there is no clear error on the face of the record."  *Nelson v. Smith*, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985).  "Furthermore, if as here . . . the magistrate judge's report states that failure to object will preclude appellate review and no

2

objection is made within the allotted time, then the failure to object generally operates as a waiver of the right to appellate review." *Hamilton v. Mount Sinai Hosp.*, 331 F. App'x 874, 875 (2d Cir. 2009).

As no objections to the Report were timely filed, the Court has reviewed Judge Tarnofsky's Report for clear error. After careful review of the record, the Court finds no error and thus adopts the well-reasoned Report in its entirety.

For the reasons stated above, the Complaint is dismissed without prejudice. The Clerk of Court is respectfully directed to terminate this case.

SO ORDERED.

Dated:       December 8, 2025
             New York, New York

_____
Ronnie Abrams
United States District Judge