**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MARCELINO JIMENEZ and FIDEL GUZMAN,

                    Plaintiffs,                            24 **CIVIL** 3361 (RA)

        -against-                                     **JUDGMENT**

SQUARE FOOD & CAFE INC. d/b/a SQUARE
FOOD MARKET and ISMAEL DOE,

                    Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated December 8, 2025, as no objections to the Report were timely filed, the Court has reviewed Judge Tarnofsky's Report for clear error. After careful review of the record, the Court finds no error and thus has adopted the well-reasoned Report in its entirety. The Complaint is dismissed without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
        December 9, 2025

                                       **TAMMI M. HELLWIG**
                                 _____
                                     **Clerk of Court**

               **BY:**          K. mango

                                     _____
                                     **Deputy Clerk**